Certificate Number: 17082-PAW-DE-037991145

Bankruptcy Case Number: 23-10577



17082-PAW-DE-037991145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2023, at 10:14 o'clock AM MST, TRAVIS R FITZSIMMONS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 4, 2023              By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director