# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 23-10577-JCM |
| | : | |
| **Travis Ryan Fitzsimmons** | : | Chapter 13 |
| *Debtor* | : | |
| | : | Related to Claim No. 2 |
| | : | |
| **Pennymac Loan Services LLC** | : | |
| *Movant* | : | |
| | : | Document No. |
| | : | |
| V. | : | |
| | : | |
| **Travis Ryan Fitzsimmons and,** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennymac Loan Services LLC at** *Claim No. 2* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of **$1236.27 effective 11/1/2025.**

Dated: September 29, 2025

By:    /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
 E-Mail: rebeka@seelingerlaw.com