UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 23-10577-JCM |
| Travis R. Fitzsimmons | : | |
| | : | Chapter 13 |
| *Debtor*, | : | |
| | : | |
| Travis R. Fitzsimmons | : | |
| | : | |
| *Movant,* | : | |
| vs. | : | Document No. |
| | : | |
| NO RESPONDENT | : | |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO EMPLOY REAL ESTATE BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Debtor's motion to employ a broker filed on November 19. 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 7, 2025.

It is hereby respectfully requested that the Order attached to the motion to employ broker be entered by the Court.

Dated: December 8, 2025       By:     /s/ Rebeka A. Seelinger, Esquire
                                      Rebeka A. Seelinger, Esquire
                                      Pa. I.D. #93897
                                      4640 Wolf Road
                                      Erie, PA 16505
                                      (814)-824-6670
                                      E-Mail: rebeka@seelingerlaw.com
                                      Counsel for Debtor