JCM FORM 003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Travis R. Fitzsimmons | : | Case No. 23-10577 -JCM |
| | : | |
| *Debtor,* | : | Chapter 13 |
| | : | |
| Travis R. Fitzsimmons | : | |
| | : | |
| *Movant,* | : | |
| | : | |
| v. | : | Related to Document No. 34 |
| | : | |
| NO RESPONDENT | : | |

## AMENDED ORDER APPROVING RETENTION OF REALTOR/BROKER

*AND NOW*, this  10th  day of  December , 20 25, upon consideration of the *Motion to Employ Real Estate Broker*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1) Robert Pfister of Bob Pfister Real Estate Services, is hereby appointed, as of the date of filing the *Motion*, as **Realtor and Broker** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 2806 W 33rd Street  Erie PA 16506.  A realtor commission of 5% of the sale price is tentatively approved, subject to a final Court order.  ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

(2)  Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.  Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the Motion.  Any deviation from the list price will be considered by the Court as a factor in setting final compensation in this matter.

(3)  Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. '328(a)*.  Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4)  Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
12/10/25 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10577-JCM |
| Travis Ryan Fitzsimmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Travis Ryan Fitzsimmons, 2806 W 33rd Street, Erie, PA 16506-3306 |
| r | + | Robert Pfister, Bob Pfister Real Estate Services, 4674 Tulane Avenue, Erie, PA 16506-1545 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Travis Ryan Fitzsimmons rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Dec 10, 2025 Form ID: pdf900 Total Noticed: 2
TOTAL: 5