**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 23-10577-JCM** |
| | : | |
| **Travis Ryan Fitzsimmons** | : | **Chapter 13** |
| ***Debtor*** | : | |
| | : | **Related to Claim No. 2** |
| | : | |
| **Pennymac Loan Services LLC** | : | |
| ***Movant*** | : | |
| | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Travis Ryan Fitzsimmons and,** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| ***Respondents*** | : | |

**DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennymac Loan Services LLC at** ***Claim No. 2*** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of **$1267.84 effective 11/1/2026.**

Dated: September 25, 2026

By: /s/ Rebeka A. Seelinger Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com